UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **IN RE TEXAS PETROLEUM INVESTMENT CO.** as owner and operator of the M/V MICHELLE | : | CIVIL ACTION NO. 2:17-cv-0263 |
| | : | UNASSIGNED DISTRICT JUDGE |
| | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 75] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 54] filed by defendant Phoenix Forge Group, LLC be **GRANTED** and that claimant Gentry Hebert's claims against that party be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 5th day of June, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE