UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN RE TEXAS PETROLEUM INVESTMENT CO. as owner and operator of the M/V MICHELLE | : | CIVIL ACTION NO. 2:17-cv-0263 |
| | : | JUDGE CAIN |
| | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 81] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 58] filed by JIREH Oilfield Services be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 22 day of July, 2019.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE